ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
ROBERT MURGUIA MARTINEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:13-CR-00077-LJO |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER |
| | ) PERMITTING DEFENDANT TO |
| | ) TRAVEL TO THE NORTHERN |
| | ) DISTRICT OF CALIFORNIA |
| ROBERT MURGUIA MARTINEZ, | ) |
| Defendant. | ) |

On February 26, 2013, defendant Robert Martinez made his

initial appearance before this Court on an indictment filed in

the Eastern District of California charging him with

conspiracy to possess with intent to distribute

methamphetamine.  Mr. Martinez was released on his own

recognizance and in the custody of a third party, Ms. Esther

Martinez, under conditions set by this Court. Two such

conditions are that the Defendant may not travel outside of

Tulare, Kern, Kings, Fresno, and Madera Counties without the

Court's permission and is participating in Home Detention with

GPS tracking.

Mr. Martinez's sister, Esther Martinez, is scheduled to have a Hernia Repair operation at UCSF Medical Center on Tuesday, March 19, 2013.  Mr. Martinez wishes to travel by car to San Francisco with his custodian and other siblings for this operation.

The City of San Francisco is in the Northern District of California and is outside the travel restrictions under Mr. Martinez's current conditions of release. United States Pretrial Services Officer Dan Stark has advised defense counsel that he does not object to a modification of Mr. Martinez's release conditions to permit him to travel to and from the Northern District of California provided that he first obtain permission from the Court and complies with any restrictions that Pretrial Services may impose on such travel.

Accordingly, the parties agree and stipulate that Mr. Martinez's conditions of release should be modified as follows:  Mr. Martinez shall be permitted to travel by car to and from the Northern District of California, on Monday, March 18, 2013, and returning on Wednesday, March 20, 2013, with the advance permission of, and as directed by, Pretrial Services.

**IT IS SO STIPULATED**.

Dated: March 12, 2013          */s/ Kimberly Sanchez*
                                Assistant United States
                                Attorney


Dated: March 12, 2013          */s/ Anthony P. Capozzi*
                                Anthony P. Capozzi
                                Attorney for
                                ROBERT MURGUIA MARTINEZ

1

## ORDER

2

3      For reasons set forth above, the Defendant's conditions

4  of pretrial release shall be modified as follows: The

5  Defendant shall be permitted to travel by car to and from the

6  Northern District of California, on **Monday, March 18, 2013,**

7  **and returning on Wednesday, March 20, 2013,** with the advance

8  permission of, and as directed by, Pretrial Services. All

9  other conditions shall remain in effect.

10

11

12

13  IT IS SO ORDERED.

14     Dated:   **March 12, 2013**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28