ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com

Attorney for Defendant,
ROBERT MURGUIA MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,    )<br>                              )<br>     vs.                      )<br>                              )<br>                              )<br>                              )<br>                              )<br>ROBERT MURGUIA MARTINEZ,ET    )<br>AL.,                          )<br>                              )<br>            Defendant.        ) | Case No.: 1:13-CR-00077-LJO<br><br>STIPULATION AND ORDER<br>MODIFYING CONDITONS OF<br>RELEASE |

It is hereby stipulated by the United States of America, through Assistant United States Attorney Kimberly Sanchez, and the Defendant, through his attorney of record, Anthony P. Capozzi that:

1. The Defendant's travel is no longer restricted to Tulare, Kern, Kings, Fresno, and Madera Counties; Defendant is permitted to travel throughout the Eastern District of California unless otherwise approved in advance by Pretrial Services. Mr. Martinez's employment requires travel throughout the Eastern District of California.

2. The Defendant is no longer required to participate in

- 1 -
Stipulation and [Proposed] Order to Modify Conditions of Release
CASE NO.: 1:13-CR-00077-LJO

the Home Detention component of the Location Monitoring Program.

United States Pretrial Services Officer Dan Stark has advised defense counsel that he does not object to said modification of Mr. Martinez's release conditions.

**IT IS SO STIPULATED**.

Dated: June 11, 2013                 */s/ Kimberly Sanchez*
                                     Assistant United States Attorney

Dated: June 11, 2013                 */s/ Anthony P. Capozzi*
                                     Anthony P. Capozzi
                                     Attorney for
                                     ROBERT MURGUIA MARTINEZ

**ORDER**

For reasons set forth above, the Defendant's conditions of pretrial release shall be modified as follows: The Defendant shall be restricted to travel throughout the Eastern District of California and the Home Detention and GPS tracking shall be removed. All other conditions shall remain in effect.

IT IS SO ORDERED.

Dated:   **June 11, 2013**              **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE

- 2 -
Stipulation and [Proposed] Order to Modify Conditions of Release
CASE NO.: 1:13-CR-00077-LJO