ANTHONY P. CAPOZZI, CSBN: 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com

Attorney for Defendant,
ROBERT MURGUIA MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:13-CR-00077-LJO-SKO (001) |
| Plaintiff, | ) |
| vs. | ) AMENDED |
| | ) ORDER |
| ROBERT MURGUIA MARTINEZ, | ) |
| Defendant. | ) |

**ORDER**

Defendant, Robert Martinez's conditions of pretrial release shall be modified as follows:

1. The Defendant shall be permitted to travel by plane to and from Irapuato, Guanajuato, Mexico, on Monday, April 28, 2014, and returning no later than 11:59 p.m. on Thursday, May 1, 2014.

2. The Clerk of the Court shall release Defendant's passport, no. 433035821 (Doc. 14), the morning of April 28, 2014.

   3. Defendant must meet with Pretrial Services Officer Dan Stark before leaving on Monday, April 28, 2014.

   4. Defendant and custodian must provide Pretrial Services Officer Dan Stark with telephone numbers and addresses of where they will be staying.

   5. Defendant must provide the flight itinerary for the trip to and from Irapuato, Guanajuato, Mexico.

   6. Defendant must surrender passport upon return on May 1, 2014, or as soon thereafter as reasonable.

   **IT IS SO ORDERED**.

IT IS SO ORDERED.

Dated: **April 28, 2014**             /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE