**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ROBERT MURGUIA MARTINEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT MURGUIA MARTINEZ,<br><br>Defendant. | Case No.: 1:13-CR-00077-001 LJO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date: **February 9, 2015**<br>Time: **8:30 a.m.**<br>Courtroom: **4**<br>**Hon. Lawrence J. O'Neill** |

Defendant, ROBERT MURGUIA MARTINEZ, by and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through Kimberly A. Sanchez, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on February 9, 2015, at 8:30 a.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **March 9, 2015, at 8:30 a.m.**

3. Additionally, the parties agree and stipulate, and request that the Court find the following:

    a. The Defendant pled guilty on November 3, 2014. Ongoing negotiations have been taking place between the Government and the Defendant.

    b. Mr. Martinez is scheduled to undergo surgery the week of January 12th and

will need time to recuperate.

      c. The parties request that Informal Objections be filed on February 17, 2015, and Formal Objections be filed on March 2, 2015.

      d. The Government does not object to this continuance.

IT IS SO STIPULATED.

      Respectfully submitted,

DATED: January 13, 2015　　By: */s/ Kimberly A. Sanchez*
      KIMBERLY A. SANCHEZ
      United States Attorney

DATED: January 13, 2015　　By: */s/Anthony P. Capozzi*
      ANTHONY P. CAPOZZI
      Attorney for Defendant ROBERT MURGUIA MARTINEZ

### ORDER

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**IT IS ORDERED** that the sentencing currently scheduled for February 9, 2015, at 8:30 a.m. is continued to **March 9, 2015, at 8:30 a.m.** and the Informal Objections be filed on February 17, 2015, and Formal Objections be filed on March 2, 2015.

IT IS SO ORDERED.

Dated: **January 13, 2015**　　　　**/s/ Lawrence J. O'Neill**
      UNITED STATES DISTRICT JUDGE