**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ROBERT MURGUIA MARTINEZ

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT MURGUIA MARTINEZ,<br><br>Defendant. | Case No.: 1:13-CR-00077-001 LJO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date: **March 9, 2015**<br>Time: **8:30 a.m.**<br>Courtroom: **4**<br>**Hon. Lawrence J. O'Neill** |

Defendant, ROBERT MURGUIA MARTINEZ, by and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through Kimberly A. Sanchez, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 9, 2015, at 8:30 a.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **April 27, 2015, at 8:30 a.m.**

3. Additionally, the parties agree and stipulate, and request that the Court find the following:

   a. The Defendant pled guilty on November 3, 2014. Ongoing negotiations have been taking place between the Government and the Defendant.

   b. Mr. Martinez was scheduled to undergo surgery the week of January 12th, which was canceled and rescheduled for January 28th, due to complications with his

heart.  He has been advised to refrain from any stress and labor for two (2) months to promote proper healing.  He has a follow-up appointment scheduled for April 17, 2015.

   c. The parties request that Informal Objections be filed on April 6, 2015, and Formal Objections be filed on April 20, 2015.

   d. The Government does not object to this continuance.

IT IS SO STIPULATED.

              Respectfully submitted,

DATED: February 19, 2015  By: */s/ Kimberly A. Sanchez*
              KIMBERLY A. SANCHEZ
              United States Attorney

DATED: February 19, 2015  By: */s/Anthony P. Capozzi*
              ANTHONY P. CAPOZZI
              Attorney for Defendant ROBERT MURGUIA MARTINEZ

## **ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**IT IS ORDERED** that the sentencing currently scheduled for March 9, 2015, at 8:30 a.m. is continued to **April 27, 2015, at 8:30 a.m.** and the Informal Objections be filed on April 6, 2015, and Formal Objections be filed on April 20, 2015.

IT IS SO ORDERED.

 Dated: **February 21, 2015**    **/s/ Lawrence J. O'Neill**
                UNITED STATES DISTRICT JUDGE

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING
CASE NO.: 1:13-CR-00077-LJO