**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ROBERT MURGUIA MARTINEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00077-001 LJO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. | |
| ROBERT MURGUIA MARTINEZ, | Date: **April 27, 2015** |
| Defendant. | Time: **8:30 a.m.** |
| | Courtroom: **4** |
| | **Hon. Lawrence J. O'Neill** |

Defendant, ROBERT MURGUIA MARTINEZ, by and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through Kimberly A. Sanchez, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on April 27, 2015, at 8:30 a.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **June 15, 2015, at 8:30 a.m.**

3. Additionally, the parties agree and stipulate, and request that the Court find the following:

a. The Defendant pled guilty on November 3, 2014. Ongoing negotiations have been taking place between the Government and the Defendant.

b. Mr. Martinez was referred to UCSF Medical Center on March 24, 2015, for consultation and evaluation pertaining to a serious heart condition. His appointment is

scheduled for May 11, 2015, at 10:00 a.m.

      c. The parties request that Informal Objections be filed on May 26, 2015, and Formal Objections be filed on June 8, 2015.

      d. The Government does not object to this continuance.

IT IS SO STIPULATED.

            Respectfully submitted,

DATED:     April 7, 2015    By:  */s/ Kimberly A. Sanchez*
                              KIMBERLY A. SANCHEZ
                              United States Attorney

DATED:     April 7, 2015    By:  */s/Anthony P. Capozzi*
                              ANTHONY P. CAPOZZI
                              Attorney for Defendant ROBERT MURGUIA
                              MARTINEZ

## <u>ORDER</u>

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**The** sentencing currently scheduled for April 27, 2015, at 8:30 a.m. is continued to **June 15, 2015, at 8:30 a.m.** and the Informal Objections be filed on May 26, 2015, and Formal Objections be filed on June 8, 2015.

IT IS SO ORDERED.

Dated:  **April 8, 2015**                **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE