**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com


ATTORNEY FOR Defendant,
ROBERT MURGUIA MARTINEZ


# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00077-001 LJO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. | |
| ROBERT MURGUIA MARTINEZ, | Date: **June 15, 2015** |
| Defendant. | Time: **8:30 a.m.** |
| | Courtroom: **4** |
| | **Hon. Lawrence J. O'Neill** |

Defendant, ROBERT MURGUIA MARTINEZ, by and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through Kimberly A. Sanchez, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on June 15, 2015, at 8:30 a.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **September 14, 2015, at 8:30 a.m.**

3. Additionally, the parties agree and stipulate, and request that the Court find the following:

   a. The Defendant pled guilty on November 3, 2014. Ongoing negotiations have been taking place between the Government and the Defendant.

   b. Mr. Martinez was referred to UCSF Medical Center on March 24, 2015, for consultation and evaluation pertaining to a serious heart condition. He will require

several appointments and his next appointment is August 12, 2015.

      c. The Government does not object to this continuance.

IT IS SO STIPULATED.

Respectfully submitted,

DATED:     June 2, 2015     By:  */s/ Kimberly A. Sanchez*
          KIMBERLY A. SANCHEZ
          United States Attorney


DATED:     June 2, 2015     By:  */s/Anthony P. Capozzi*
          ANTHONY P. CAPOZZI
          Attorney for Defendant ROBERT MURGUIA
          MARTINEZ

## ORDER

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**IT IS ORDERED** that the sentencing currently scheduled for June 15, 2015, at 8:30 a.m. is continued to **September 14, 2015, at 8:30 a.m.**

IT IS SO ORDERED.

Dated:   **June 3, 2015**           **/s/ Lawrence J. O'Neill**
                            UNITED STATES DISTRICT JUDGE