**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ROBERT MURGUIA MARTINEZ

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT MURGUIA MARTINEZ,<br><br>Defendant. | Case No.: 1:13-CR-00077-001 LJO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date: **September 14, 2015**<br>Time: **8:30 a.m.**<br>Courtroom: **4**<br>**Hon. Lawrence J. O'Neill** |

Defendant, ROBERT MURGUIA MARTINEZ, by and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through Kimberly A. Sanchez, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on September 14, 2015, at 8:30 a.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **January 11, 2016, at 8:30 a.m.**

3. Additionally, the parties agree and stipulate, and request that the Court find the following:

a. The Defendant pled guilty on November 3, 2014. Ongoing negotiations have been taking place between the Government and the Defendant.

b. Mr. Martinez was referred to UCSF Medical Center on March 24, 2015, for

1  consultation and evaluation pertaining to a serious heart condition.  He is scheduled to

2  have coronary artery surgery on September 24, 2015, in San Francisco at the UCSF

3  Medical Center by Dr. Donald Grandis.

4          c. The Government does not object to this continuance.

5  IT IS SO STIPULATED.

6          Respectfully submitted,

7  DATED:     September 3, 2015    By:  */s/ Kimberly A. Sanchez*

8          KIMBERLY A. SANCHEZ
        United States Attorney

9

10

11  DATED:     September 3, 2015    By:  */s/Anthony P. Capozzi*

12          ANTHONY P. CAPOZZI
        Attorney for Defendant ROBERT MURGUIA
        MARTINEZ

13

14

15

16  ## ORDER

17       For reasons set forth above, the continuance requested by the parties is granted for

18  good cause.

19       **IT IS ORDERED** that the sentencing currently scheduled for September 14, 2015, at

20  8:30 a.m. is continued to **January 11, 2016, at 8:30 a.m.**

21

22  IT IS SO ORDERED.

23     Dated:  **September 8, 2015**       **/s/ Lawrence J. O'Neill**

24          UNITED STATES DISTRICT JUDGE

25

26

27

28