**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ROBERT MURGUIA MARTINEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT MURGUIA MARTINEZ,<br><br>Defendant. | Case No.: 1:13-CR-00077-001 LJO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date: **January 11, 2016**<br>Time: **8:30 a.m.**<br>Courtroom: **4**<br>**Hon. Lawrence J. O'Neill** |

Defendant, ROBERT MURGUIA MARTINEZ, by and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through Kimberly A. Sanchez, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 11, 2016, at 8:30 a.m.

2. The parties agree and stipulate that Defendant's sentencing be continued to **May 16, 2016, at 8:30 a.m.**

3. Additionally, the parties agree and stipulate, and request that the Court find the following:

   a. The Defendant pled guilty on November 3, 2014. Ongoing negotiations have been taking place between the Government and the Defendant.

   b. Mr. Martinez was referred to UCSF Medical Center on March 24, 2015, for

a consultation and evaluation pertaining to a serious heart condition. He underwent coronary artery surgery on September 24, 2015, in San Francisco which was performed by Dr. Donald Grandis. He also, underwent an umbilical hernia operation on November 18, 2015, at Kaweah Delta Hospital. He is scheduled to have two post-operative evaluations at UCSF Medical Center in San Francisco on February 5, 2016, and February 10, 2016.

    c. The Government does not object to this continuance.

IT IS SO STIPULATED.

Respectfully submitted,

January 6, 2016    By:   */s/ Kimberly A. Sanchez*
    KIMBERLY A. SANCHEZ
    United States Attorney

DATED:   January 6, 2016   By:   */s/Anthony P. Capozzi*
    ANTHONY P. CAPOZZI
    Attorney for Defendant ROBERT MURGUIA MARTINEZ

## ORDER

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**IT IS ORDERED** that the sentencing currently scheduled for January 9, 2016, at 8:30 a.m. is continued to **May 16, 2016, at 8:30 a.m.**

**No further continuances. On the date of sentencing, he should be ready to go into custody.**

IT IS SO ORDERED.

Dated:  **January 6, 2016**      **/s/ Lawrence J. O'Neill**
    UNITED STATES DISTRICT JUDGE