NICHOLAS F. REYES, #102114
Attorney at Law
1107 "R" Street
Fresno, CA 93721
Telephone: 559-486-4500
Facsimile: 559-486-4533
E-mail: nfreyeslaw@gmail.com

Attorney for Defendant, ROBERT MARTINEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT MARTINEZ,<br><br>    Defendant. | CASE NO. 1:13-CR-00077-LJO-BAM<br><br>SUBSTITUTION OF ATTORNEY;<br><br>CONDITIONAL GRANT |

    Defendant, ROBERT MARTINEZ, hereby substitutes Nicholas F. Reyes, with law offices at 1107 R Street, Fresno, California 93721, in place and stead of attorney Anthony P. Capozzi, with law offices at 1233 W Shaw Ave #102, Fresno, CA 93711.

Dated: March 28, 2016                        /s/ Robert Martinez
                                                Robert Martinez, Defendant

Dated: April 12, 2016                         /s/ Anthony P. Capozzi
                                                Anthony P. Capozzi, Esq.

I accept the above substitution.

Dated: March 28, 2016                        /s/ Nicholas F. Reyes
                                                Nicholas F. Reyes, Esq.

ORDER

The Order of Substitution is conditioned on Counsel Reyes' representation that he is available and will be ready to proceed with the sentencing set in a month's time on May 16, 2016. If that representation is not made in writing by April 15th at 3 p.m., the substitution is DENIED.

IT IS SO ORDERED.

Dated:   **April 14, 2016**              **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE

2