NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone: 559-486-4500
Facsimile: 559-486-4533
Email: nfreyeslaw@gmail.com

Attorney for Defendant
ROBERT MARTINEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00077-LJO-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| ROBERT MARTINEZ, | |
| Defendant. | |

    Defendant, ROBERT MARTINEZ, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KIMBERLY A. SANCHEZ, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, October 17, 2016, at 8:30 a.m. be continued to Monday, January 23, 2017 at 8:30 a.m. in the courtroom for the Honorable Lawrence J. O'Neill, District Judge.

    This stipulation is based on good cause since defendant is receiving extensive medical treatment and is scheduled to have an Electromyogram on October 20, 2016 at UCSF San Francisco and thereafter will be scheduled for surgery of the cervical spine (see attached medical records). The government has no opposition to this request.

1

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 10/13/16

/s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant

**IT IS SO STIPULATED**

Dated: _10/13/16_____

/s/ Kimberly A. Sanchez_____
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

## ORDER

**Granted.  No further continuances will be entertained.  The Defendant is ordered to be Present on January 23, 2017 for sentencing.**

IT IS SO ORDERED.

Dated:   **October 13, 2016**          /s/ Lawrence J. O'Neill _____
UNITED STATES CHIEF DISTRICT JUDGE

2