NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone: 559-486-4500
Facsimile: 559-486-4533
Email: nfreyeslaw@gmail.com

Attorney for Defendant
ROBERT MARTINEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-0077-LJO-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| ROBERT MARTINEZ, | |
| Defendant. | |

    Defendant, ROBERT MARTINEZ, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KIMBERLY A. SANCHEZ, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, January 23, 2017, at 8:30 a.m. be continued to Monday, March 20, 2017 at 8:30 a.m. in the courtroom for the Honorable Lawrence J. O'Neill, District Judge.

    This stipulation is based on good cause since defendant is receiving extensive medical treatment and is scheduled to have surgery on February 14, 2017 at UCSF San Francisco (see attached medical records). The government has no opposition to this request.

1

**IT IS SO STIPULATED**

                                          Respectfully submitted,

Dated: January 18, 2017              /s/ Nicholas F. Reyes
                                          NICHOLAS F. REYES
                                          Attorney for Defendant

**IT IS SO STIPULATED**

Dated: January 18, 2017              /s/ Kimberly A. Sanchez
                                          KIMBERLY A. SANCHEZ
                                          Assistant U.S. Attorney

### ORDER

GRANTED, However, should the surgery not occur as scheduled, Defense Counsel must notify the Court and the sentencing will take place the following week.

IT IS SO ORDERED.

    Dated:  **January 18, 2017**            **/s/ Lawrence J. O'Neill**
                                              UNITED STATES CHIEF DISTRICT JUDGE