1  NICHOLAS F. REYES, #102114
   LAW OFFICES OF NICHOLAS F. REYES
2  1107 R STREET
   FRESNO, CA 93721
3  Telephone:  559-486-4500
   Facsimile:  559-486-4533
4  Email:  nfreyeslaw@gmail.com

5  Attorney for Defendant
   ROBERT MARTINEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-0077-LJO-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING AND ORDER |
| v. | |
| ROBERT MARTINEZ, | |
| Defendant. | |

Defendant, ROBERT MARTINEZ, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KIMBERLY A. SANCHEZ, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, March 20, 2017, at 8:30 a.m. be continued to Monday, May 22, 2017 at 8:30 a.m. in the courtroom for the Honorable Lawrence J. O'Neill, District Judge.

This stipulation is based on good cause since defendant is receiving extensive medical treatment and post-operative physical therapy.  The government has no opposition to this request.

1

1 | **IT IS SO STIPULATED**
2 | Respectfully submitted,

Dated:  March 16, 2017                                  /s/ Nicholas F. Reyes
                                                        NICHOLAS F. REYES
                                                        Attorney for Defendant

**IT IS SO STIPULATED**


Dated: March 16, 2017                                   /s/ Kimberly A. Sanchez
                                                        KIMBERLY A. SANCHEZ
                                                        Assistant U.S. Attorney


IT IS SO ORDERED.

   Dated:   **March 16, 2017**                 **/s/ Lawrence J. O'Neill**
                                               UNITED STATES CHIEF DISTRICT JUDGE

2