NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone: 559-486-4500
Facsimile: 559-486-4533
Email: nfreyeslaw@gmail.com

Attorney for Defendant
ROBERT MARTINEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-0077-LJO-BAM |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| ROBERT MARTINEZ, | |
| Defendant. | |

Defendant, ROBERT MARTINEZ, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KIMBERLY A. SANCHEZ, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, May 22, 2017, at 8:30 a.m. be continued to Monday, July 24, 2017 at 8:30 a.m. in the courtroom for the Honorable Lawrence J. O'Neill, District Judge.

This stipulation is based on good cause since defendant is receiving extensive medical treatment including post-operative therapy and has upcoming surgical procedures. The government has no opposition to this request.

1

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: May 18, 2017 /s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant

**IT IS SO STIPULATED**

Dated: May 18, 2017 /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

**ORDER**

**The continuances in this case will not be automatic nor indefinite. The Bureau of Prisons has medical care available. Counsel should consider this to be the last Continuance.**

IT IS SO ORDERED.

Dated: **May 18, 2017** /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

2