UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT MARTINEZ,<br><br>　　　　　　　Defendants. | No. 1:13-CR-00077 LJO<br><br><br><br>ORDER |

　　　IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed as to Robert Martinez without prejudice.

IT IS SO ORDERED.

　　Dated: __**September 26, 2018**__ 　　　__/s/ Lawrence J. O'Neill____
　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

1